Mark Mausert
NV Bar No. 2398
Cody Oldham
NV Bar No. 14594
729 Evans Avenue
Reno, NV 89512
(775) 786-5477
Fax (775) 786-9658
mark@markmausertlaw.com
*Attorneys for Plaintiffs*

```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

         DEC - 6 2018

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HANNAH SHEEHAN, TAMMY HENSON, TAYLOR WICKUM & KRISTIN HENDERSON,<br><br>Plaintiffs,<br><br>vs.<br><br>SPARKS BLACK BEAR, LLC, GALENA CREEK, LLC and DOES I-X,<br><br>Defendants. | Case No. 3:18-cv-00510-HDM-CBC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE TO RESPOND AND REPLY TO MOTION TO COMPEL ARBITRATION<br><br>(First Request) |

Pursuant to Local Rule IA 6-1, Plaintiffs HANNAH SHEEHAN, TAMMY HENSON, TAYLOR WICKUM and KRISTIN HENDERSON (collectively, "Plaintiffs"), and Defendants SPARKS BLACK BEAR, LLC and GALENA CREEK, LLC (together, "Defendants"), by and through their undersigned counsels of record, hereby stipulate and respectfully request an Order granting the Stipulation to extend the following:

1. Deadline for Plaintiffs to file an opposition to Defendants' Motion to Compel Arbitration (ECF No. 6) from December 5, 2018 to December 19, 2018.

STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND AND REPLY TO MOTION TO COMPEL ARBITRATION

2. Deadline for Defendants to file a reply to the opposition to Defendants' Motion to Compel Arbitration (ECF No. 6.) from December 12, 2018 to January 4, 2019.

The parties request this extension due to the upcoming holidays and counsels' heavy work load. This represents the parties' first request to extend the deadlines for briefing the Motion to Compel Arbitration (ECF No. 6).

| | |
|---|---|
| Dated: December 5, 2018 | Dated: December 5, 2018 |
| LAW OFFICE OF MARK MAUSERT | McDONALD CARANO LLP |
| | |
| /s/ Mark Mausert | /s/ Laura Jacobsen |
| MARK MAUSERT | LEIGH GODDARD |
| CODY OLDHAM | LAURA JACOBSEN |
| Attorneys for Plaintiffs | Attorneys for Defendants |

IT IS SO ORDERED.

DATED this 6th day of December, 2018.

UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND AND REPLY TO MOTION TO COMPEL ARBITRATION