# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HANNAH SHEEHAN, TAMMY HENSON, TAYLOR WICKUM & KRISTIN HENDERSON,<br><br>Plaintiffs,<br>v.<br><br>SPARKS BLACK BEAR, LLC, GALENA CREEK, LLC, and DOES I-X,<br><br>Defendants. | 3:18-cv-00510-HDM-CBC<br><br>ORDER |

Pursuant to the parties' stipulation, and good cause appearing, the Court hereby extends the deadline for Defendants to respond to Plaintiffs' Motion to Intervene/Motion to File a First Amended Complaint (ECF No. 12) from **January 2, 2019** to **January 11, 2019.**

**IT IS SO ORDERED.**

DATED: This 27th day of December, 2018.

_____
UNITED STATES DISTRICT JUDGE

1